UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**UNITED STATES OF AMERICA**      )
                                                    )
     **v.**                                      )     Case. No. 1:72-CR-00067 (BAH)
                                                    )
**JOHN MILTON AUSBY,**            )
                                                    )     Trial Date: January 27, 2020
     **Defendant.**                         )
_____)

**JOINT REQUEST FOR VACATUR OF JOINT PRETRIAL STATEMENT FILING DATE**

The United States, by and through the United States Attorney for the District of Columbia, and John Milton Ausby, by and through counsel, respectfully request that the Court-mandated deadline of December 13, 2019, for the submission of the parties' Joint Pretrial Statement be vacated and that a new date be scheduled after the Court's ruling on Mr. Ausby's Motion to Continue Trial Date (hereinafter "Defendant's Motion to Continue" (ECF No. 118)).  In support of this motion, the parties state as follows:

1.     As set forth in the defendant's Motion to Continue Trial Date, Mr. Ausby is requesting that the trial date be continued in order to allow a second trial lawyer to be appointed in order to "provide [him] with effective assistance of counsel in this murder trial."  Defendant's Motion to Continue at 2, para. 9.

2.     Mr. Ausby requests that the defense team have the ability to have the new second trial lawyer review and consult on any Joint Pretrial Statement filed with the Court.

3.     Furthermore, a number of motions affecting the content of the Joint Pretrial Statement have not yet been resolved.  The parties believe that resolution of these outstanding motions prior to the filing of a Joint Pretrial Statement would help to resolve, clarify, and

1

streamline issues to be covered by the Joint Pretrial Statement.

WHEREFORE, for the above reasons, the parties jointly and respectfully request that the Court grant this Joint Request for Vacatur of the Joint Pretrial Statement Filing Date.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

BY: _____-*s*-_____
DENISE CHEUNG, DC Bar No. 451714
SHARON DONOVAN, VA Bar No. 46810
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7522 (Cheung)
(202) 252-7806 (Donovan)

_____-*s*-_____
Adam G. Thompson
Roderick E. Thompson
Attorneys for John Milton Ausby
PUBLIC DEFENDER SERVICE
633 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 628-1200

2