# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | **Case No. 1:72-CR-00067-BAH** |
| ) | |
| **JOHN MILTON AUSBY** ) | |

## MOTION TO CORRECT CRIMINAL DOCKET

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to correct the Criminal Docket in the above-referenced case pursuant to Rule 36 of the Federal Rules of Criminal Procedure. On January 10, 2020, the Court granted the government's Motion to Dismiss (ECF No. 128) the indictment in this case. The only pending count in the indictment was Count 1: First Degree Murder – Killing While Perpetrating and Attempting to Perpetrate the Crime of Rape, in violation of 22 D.C. Code § 2401 (1967 ed.). *See* Indictment (Retyped), ECF No. 48.[1]  However, it has come to the government's attention that page 2 of the Criminal Docket in the case incorrectly states as follows:

| **Terminated Counts** | **Disposition** |
|---|---|
| 22 D.C.C. 2401; MURDER, FIRST DEGREE; First Degree Murder Killing While Perpetrating and Attempting to Perpetrate the Crime of Rape and Burglary. (1rr) | 7/3/19: VACATED pursuant to court order. 11/22/1972: ORIGINAL SENTENCE: Life on Count 1. |
| 22 D.C.C. 2801 and 3202 (1967 ed.); ROBBERY; Rape While Armed. (2r) | 1/10/2020 DISMISSED on Government Motion. 11/22/1972 ORIGINAL SENTENCE: Ten (10) to Thirty (30) years on Count 2; said sentence to run concurrent by counts. |

---

[1] The defendant was convicted in 1972 of two counts: First Degree Murder – Killing While Perpetrating and Attempting to Perpetrate the Crime of Rape, and Rape while Armed.  Because the defendant has noted an appeal of the Court's denial of his motion to vacate the rape conviction, the government believes that the Court no longer has jurisdiction to entertain a new *coram nobis* motion unless the defendant petitions the Court to issue an "indicative" ruling that the Court would grant the motion if the Court had jurisdiction (*see* Fed.App.R.Rule 12.1) and then moves to dismiss or remand the appeal.

| | |
|---|---|
| 22:DC CODE 2401; MURDER, FIRST DEGREE; Felony Murder. (3) | 1/10/2020 DISMISSED on Government Motion. Defendant sentenced to ten (10) years to thirty (30) years incarceration to run concurrently. |
| 22 DC CODE 2801, -3202; SEXUAL ASSAULT; Rape while Armed. (4) | 1/10/2020 DISMISSED on Government Motion. Defendant sentenced to ten (10) years to thirty (30) years incarceration to run concurrently. |

In addition, the last entry for January 10, 2020, on the Criminal Docket references "DISMISSAL OF COUNTS on Government Motion." Consequently, the government respectfully requests that the Court correct the above-referenced Criminal Docket entries to reflect the dismissal of the single count of Felony Murder.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

BY:  _____-s-_____
DENISE CHEUNG, DC Bar No. 451714
SHARON DONOVAN, VA Bar No. 46810
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7522 (Cheung)
Denise.Cheung@usdoj.gov
(202) 252-7806 (Donovan)
Sharon.Donovan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was electronically served on Adam G. Thompson and Roderick E. Thompson, Attorneys for John Milton Ausby, 633 Indiana Avenue, N.W., Washington, D.C. 20004, this 16th day of January, 2020.

BY: _____*-s-*_____
DENISE CHEUNG