UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN MILTON AUSBY,<br><br>Defendant. | Criminal Action No. 72-67 (BAH)<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of the defendant's Motion for Relief from Judgment Under Civil Rule 60(b) and, in the Alternative, Renewed Petition for Writ of *Coram Nobis* Vacating Conviction for Rape While Armed, and Request for Indicative Ruling Pursuant to Civil Rule 62.1, ECF No 131; the government's Response to Defendant's Motion, ECF No. 132; and the entirety of the underlying record, for the reasons set out in the Memorandum Opinion filed contemporaneously with this Order, it is hereby:

**ORDERED** that the defendant's Motion for Relief from Judgment Under Civil Rule 60(b) and, in the Alternative, Renewed Petition for Writ of *Coram Nobis* Vacating Conviction for Rape While Armed, and Request for Indicative Ruling Pursuant to Civil Rule 62.1, ECF No 131, is **GRANTED**; and the Court further

**STATES**, pursuant to Federal Rule of Civil Procedure 62.1, that if the Court of Appeals remands this case, the defendant's renewed petition for a writ of *coram nobis* would be granted.

**SO ORDERED.**

Date: February 19, 2020

_____
BERYL A. HOWELL
Chief Judge